Ralph Vicedomini, appellee, v. Leon Kirk and Odell L. Kirk, trading as Leon Kirk & Son, and Sam Orner, appellants. Gen. No. 33,093.

Heard in the first division of this court

for the first district at the October term, 1928. 
 Opinion filed February 11, 1929. Rehearing denied February 25, 1929.

Harry J. Lurie and Morris A. Mills, for appellants. Solberg, Hummeland & Winans, for appellee; Kellam Foster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.